No. 160. CHELTENHAM & ABINGTON SEWERAGE CO. *v.* PENNSYLVANIA PUBLIC UTILITY COMMISSION ET AL.

No. 169. PENNSYLVANIA PUBLIC UTILITY COMMISSION *v.* CHELTENHAM & ABINGTON SEWERAGE CO.

October 12, 1942. *Per Curiam:* In No. 160 the appeal is dismissed, and in No. 169 the petition for writ of

certiorari is denied, for want of a final judgment. *Grays Harbor Logging Co.* v. *Coats-Fordney Co.*, 243 U. S. 251; *Wick* v. *Superior Court*, 278 U. S. 575. *Mr. George Henry Huft* for appellant in No. 160 and respondent in No. 169. *Mr. Thomas A. Foulke* for Benjamin H. Davis et al., appellees in No. 160. *Messrs. Claude T. Reno, Harry M. Showalter, Samuel Graff Miller,* and *Herbert S. Levy* for the Pennsylvania Public Utility Commission.